UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

FELIX GARCIA, PHILIP CALDAROLA,　　　　:
ELEGGUA OSUN ELUFE, WAYNE　　　　　　:
NORRIS, JAMES JAMESON, ELMER　　　　　:
ORTIZ, AMAURY BONILLA, ERCREY　　　　　:
GRANGIER, KEVIN WILLIAMS,　　　　　　　:
BRANDON HOLMES, ROLANDO　　　　　　　:
CORONADO, PAUL THOMPSON, and　　　　　:
LAMONTE JOHNSON,　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiffs,　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
PHILIP D. HEATH, NOEL F. MORRIS, and　　:
CANDICE P. SUMPTER,　　　　　　　　　　:
　　　　　　　　　　　　Defendants.　　　　:

-------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)
14 CV 1319 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE 11/26/19

　　　　Plaintiff, Eleggua Osun Elufe, sent the attached letter to the Court, dated November 12, 2019, and docketed in case no. 14 CV 1319.  (Doc. #22).

　　　　On October 15, 2019, pro bono counsel entered their appearances in the consolidated Garcia, et al. v. Heath et al. cases, including Elufe's case.  (13 CV 8196, Docs. ##206, 207, 208, 209, 210, 211, 212).

　　　　By December 3, 2019, pro bono counsel for plaintiffs shall inform the Court by letter whether they intend to represent Elufe in any further proceedings, or whether the Court should deem Elufe to be proceeding pro se.

　　　　The Clerk is directed to mail a copy of this Order to plaintiff Elufe at the address on the docket in case no. 14 CV 1319.

Dated: November 26, 2019
　　　　White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Elebina Osun Elufe
Ogdensburg Corr. Fac.
One Correction Way
Ogdensburg, New York 13669-2288

12 November, 2019

United States District Court
of The Southern District of New York
Pro. Se Intake Unit
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 105
New York, New York 10007

Re: Elufe v. NYDOCC
14 - CV - 1319 (V.O.N.Y.).



Dear United States District Court:

I write to you in hopes you can give me an understanding of how I can receive assistance, in my appeal —

Just recently on 25 October, 2019, my motion of for reconsideration was denied. Jones Day law firm represented me, but my representation of them is concluded.

The final order and judgment has not been entered as of yet. I also am in need of the Second Circuit Pro Bono Panel & address —

Thank you for your time and concern towards this herein request.

Sincerely,
Elebina Osun Elufe

Elebina Osun Elufe

cc of: eoe



**OGDENSBURG CORRECTIONAL FACILITY**
ONE CORRECTION WAY
OGDENSBURG, NEW YORK 13669-2288

NAME: _Bhisme Osew Blaze_

DIN: _08A5787_

RECEIVED

NOV 2 2 2019

PRO SE OFFICE

Legal Mail Confidential

United States District Court
of the Southern District of New York
Pro Se Intake Unit

Thurgood Marshall U.S. Courthouse
40 Foley Square, Rm 105
New York, New York 10007

1·000·781·502·0014