UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
                Plaintiffs,

v.

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
                Defendants.
--------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)

As discussed at a telephone conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1.    By December 1, 2020, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 4.A of the Court's Individual Practices.

2.    By January 4, 2021, the parties shall file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

3.    Oppositions to motions in limine, if any, are due January 18, 2021.

4.    A final pre-trial conference is scheduled for February 3, 2021, at 3:00 p.m. The parties shall use the following information to connect by telephone:

**Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**
**Access Code:** **1703567**.

5.      Jury selection and trial are tentatively scheduled to begin on <u>February 16, 2021, at 9:00 a.m.</u>, subject to the Court's COVID-19 scheduling protocols.

Dated: August 24, 2020
       White Plains, NY                    SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge