12/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
_____Garcia_____,
                Plaintiff(s),

v.

_____Heath_____,
                Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

13 cv 8196 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been (scheduled)/re-scheduled for:

___ Status conference
✓ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

Call: 888-363-4749
Access Code 1703567

on __12/28__, 20__20__, at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from ~~_____~~.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __12/16__, 20__20__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge