UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
                Plaintiffs,

v.

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
                Defendants.
------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/21

By Order dated December 28, 2020, the Court <u>tentatively</u> scheduled the trial of this case for July 19, 2021. (Doc. #241).

Having reviewed the parties' proposed amended joint pretrial order, it is clear to the Court that there are a number of logistical issues that need to be discussed well in advance of trial. Accordingly, the Court will conduct a telephone conference on <u>May 6, 2021, at 2:30 p.m.</u> All counsel are required to attend and shall be prepared to discuss the following matters:

    1. <u>Transportation of DOCCS inmates to the courthouse</u>. During the current public health emergency, what are the pertinent DOCCS protocols for transporting inmates from their respective facilities to the courthouse? How many inmates can be transported to the courthouse on any given day? Will the inmates have to be quarantined after returning from the courthouse each day, or will they be brought back to court each day thereafter until the trial is complete? When will proposed writs of habeas corpus ad testificandum be presented for the Court's review?

2. <u>Inmate witnesses</u>.  In addition to the three plaintiffs who are currently DOCCS inmates (Johnson, Norris, Thompson), are there any other inmates who are expected to be witnesses at the trial?

3. <u>Remote testimony</u>.  Which witnesses will be testifying remotely, and what arrangements have been made in that regard?

4. <u>Limitation on the number of trial participants</u>.  There will be a strict limit on the number of parties and attorneys in the courtroom at one time.  If necessary, the Court will arrange for an overflow courtroom so that additional trial participants can watch a live video feed.

At the time of the scheduled conference, all counsel shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:**    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

**Access Code:**        **1703567**

Dated: April 27, 2021
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge