UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
               Plaintiffs,

v.

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
               Defendants.
--------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)



    As discussed at a telephone conference held on the record today and attended by counsel for plaintiffs, Philip D. Heath, and Noel F. Morris,[1] it is HEREBY ORDERED that:

    By **June 1, 2021**, counsel shall file a joint letter regarding the status of settlement discussions and mediation. In that letter, counsel shall indicate whether plaintiffs expect more than one incarcerated plaintiff to be present in the courthouse at any one time should this case proceed to trial.

Dated: May 6, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge

---

[1] The Court was informed that counsel for defendant Candace P. Sumpter was unable to attend the conference due to a family emergency. The Court wishes counsel well, and expects him to apprise himself of the matters discussed at today's conference.

1