UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
      Plaintiffs,

v.

**ORDER**

13 CV 8196 (VB)

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
      Defendants.
------------------------------------------------------------x

  By Order dated December 28, 2020, the Court <u>tentatively</u> scheduled the trial in this case for July 19, 2021, subject to the Court's COVID-19 scheduling protocols which include a master trial calendaring system. (Doc. #241).

  In accordance with those scheduling protocols, the parties are advised that the tentative trial date of July 19, 2021, is rescheduled to **July 8, 2021**. To be clear, jury selection and trial are now scheduled to begin on **July 8, 2021, at 9:30 a.m.**, absent further Court Order. **This is a firm date**.

  In addition, the final pre-trial conference which is currently scheduled for July 14, 2021 is rescheduled to **July 1, 2021, at 1:00 p.m.** The final pretrial conference will conducted in-person in a courtroom to be determined.

  By **June 2, 2021**, counsel shall submit a <u>joint</u> letter confirming that the parties are available and prepared to go to trial on the above schedule.

Dated: May 27, 2021
   White Plains, NY

           SO ORDERED:

           _____
           Vincent L. Briccetti
           United States District Judge