UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
           Plaintiffs,

v.

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
           Defendants.
--------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)

By Order dated May 27, 2021, the Court set July 8, 2021, as the firm trial date in this case, and also scheduled a final pretrial conference for July 1, 2021, at 1:00 p.m. (Doc. #273).

On June 1, 2021, the parties filed a joint letter reporting that they had made significant progress towards a global resolution, and requesting a four-week adjournment of the trial date and final pretrial conference to facilitate further efforts to settle the case. (Doc. #274).

Although the Court is reluctant to do so, the parties' application is GRANTED IN PART, in the hope that such an adjournment will provide the best opportunity to resolve this case. However, under the Court's COVID-19 scheduling protocols, including the master calendaring system now in place, the Court cannot simply adjourn the trial for four weeks. Instead, the Court must adjourn the trial until the fourth quarter of 2021, in other words October 2021 at the earliest. Accordingly, the trial and the final pretrial conference are adjourned sine die.

A telephone conference will be held on **June 9, 2021** at **12:00 p.m.**, for the purpose of setting a new tentative trial date, and to address any other case management issues. At the time of the scheduled conference, the parties shall use the following information to connect by telephone:

**Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
**Access Code:** 1703567.

Date: June 3, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge