UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILIP CALDAROLA, WAYNE NORRIS,
JAMES JAMESON, ELMER ORTIZ,
AMAURY BONILLA, ERCREY GRANGIER,
KEVIN WILLIAMS, BRANDON HOLMES,
ROLANDO CORONADO, PAUL
THOMPSON, and LAMONTE JOHNSON,
                Plaintiffs,

v.

PHILIP D. HEATH; NOEL F. MORRIS; and
CANDICE P. SUMPTER,
                Defendants.
------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)

As discussed at a telephone conference held today and attended by counsel for all parties, it is HEREBY ORDERED that by **September 15, 2021**, the parties shall file either a stipulation of dismissal or a further status report.

Dated: July 15, 2021
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge