UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FELIX GARCIA, et al.
           Plaintiffs,

v.

PHILIP D. HEATH, et al.,
           Defendants.

--------------------------------------------------------------x

**ORDER**

13 CV 8196 (VB)

      In light of plaintiff's counsel's letter dated January 24, 2022 (Doc. #292), as well as the fact that the Court previously granted defendants' motion for summary judgment dismissing all of plaintiff Felix Garcia's claims (Docs. ##195, 213), and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is directed to enter final judgment dismissing all claims brought by plaintiff Felix Garcia against all defendants. This judgment shall apply only to plaintiff Garcia.

Dated: January 25, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge