**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIX GARCIA, et al.,

                    Plaintiffs,

-against-                                      13 **CIVIL** 8196 (VB)

                                                         **JUDGMENT**

PHILIP D. HEATH, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 25, 2022, in light of plaintiff's counsel's letter dated January 24, 2022 (Doc. #292), as well as the fact that the Court previously granted defendants' motion for summary judgment dismissing all of plaintiff Felix Garcia's claims (Docs. #195, 213), and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final judgment is entered dismissing all claims brought by plaintiff Felix Garcia against all defendants. This judgment shall apply only to plaintiff Garcia.

**Dated:** New York, New York

      January 27, 2022

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                    **BY:**     *K. Mango*
                                                                   **Deputy Clerk**